PER CURIAM.
Affirmed. See Tietig v. Boggs, 578 So.2d 838 (Fla. 3d DCA 1991); Allen v. Allen, 569 So.2d 875 (Fla. 2d DCA 1990); Mettler v. Mettler, 569 So,2d 496 (Fla. 4th DCA 1990); Kuse v. Kuse, 533 So.2d 828 (Fla. 3d DCA 1988); Ibanez v. Salazar, 459 So.2d 346 (Fla. 3d DCA 1984), rev. denied, 467 So.2d 1000 (Fla.1985); Lewis v. Lewis, 450 So.2d 1123 (Fla. 2d DCA 1983), rev. denied, *248 451 So.2d 849 (Fla.1984); O’Brien v. O’Brien, 407 So.2d 374 (Fla. 1st DCA 1981); Ashburn v. Ashburn, 350 So.2d 1158 (Fla. 2d DCA 1977).